

# Fourth Court of Appeals

## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00444-CR

Ronald Whit **DUBOSE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 07-1246-CR
Honorable Dwight E. Peschel, Judge Presiding

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice
              Jason Pulliam, Justice

Delivered and Filed: September 9, 2015

DISMISSED FOR WANT OF JURISDICTION

On October 17, 2011, the trial court adjudicated Ronald Whit DuBose's guilt for the offense of burglary of a habitation and sentenced him to six-years' confinement in the Institutional Division of the Texas Department of Criminal Justice. On March 13, 2015, DuBose filed a motion for judgment nunc pro tunc. On June 1, 2015, the trial court denied the motion, and DuBose filed a notice of appeal.

"Neither the United States nor Texas constitution guarantees the right to appeal state criminal convictions." *Griffin v. State*, 145 S.W.3d 645, 646 (Tex. Crim. App. 2004); *accord*

*Phynes v. State*, 828 S.W.2d 1, 2 (Tex. Crim. App. 1992). A defendant may appeal a state criminal conviction only as authorized by statute. *Griffin*, 145 S.W.3d at 646; *Phynes*, 828 S.W.2d at 2. "No statute vests this [c]ourt with jurisdiction over an appeal from an order denying a request for judgment nunc pro tunc." *Everett v. State*, 82 S.W.3d 735, 735 (Tex. App.—Waco 2002, pet. ref'd) (mem. op.); *accord Mederos v. State*, No. 04-08-00621-CR, 2008 WL 4809211, at *1 (Tex. App.—San Antonio Nov. 5, 2008, no pet.) (mem. op., not designated for publication).

On August 7, 2015, we ordered Appellant to show cause in writing by August 27, 2015, why this appeal should not be dismissed for want of jurisdiction. To date, Appellant has filed no response. Therefore, we dismiss this appeal for want of jurisdiction. *See Griffin*, 145 S.W.3d at 646; *Phynes*, 828 S.W.2d at 2; *Everett*, 82 S.W.3d at 735.

PER CURIAM

DO NOT PUBLISH